the vote to amend the by-laws. The vote favoring merger was 224 (including proxies). Sixty-four, again including plaintiffs, opposed merger and 41 members did not vote. The effective date of the merger was established as December 31, 1972.

In view of the imminence of this date we believe that justice will best be served as to the parties on both sides of this case by the expeditious filing of this opinion rather than the filing of a "full opinion" with citations of authorities, *etc.* at a later date.

After thoroughly examining the record and the briefs of the parties, and after a thorough oral argument of the case by counsel for both sides, we conclude: that A.L.C.'s constitution provided for amendment; that the constitution was properly amended to provide for the merger; that the vote of the members to merge was conducted fairly and was binding on the association. Furthermore, we note that the present services of A.L.C. will be continued in the new corporation; that the purposes and objectives of the new corporation are substantially the same as those of A.L.C.; and that any dissenting member of A.L.C. may withdraw from the association and receive his *pro-rata* share of the assets.

Therefore, the order of the trial court is hereby affirmed.

Affirmed.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Michael Stark, Defendant-Appellant.

(No. 56232; 

First District (3rd Division)—December 21, 1972.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Ronald P. Katz and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.

PASCAL & ASSOCIATES, INCORPORATED, Plaintiff-Appellant, *v.* PUNCHINELLO'S EAST, INCORPORATED, Defendant—(247 EAST ONTARIO BUILDING CORPORATION, Defendant-Appellee.)

(No. 56247;

First District—December 21, 1972.